**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL BARRON, | Case No. CV 13-2113-SVW (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| G.J. JANADA, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herewith,

IT IS ADJUDGED that the action is dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: June 4, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE